UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANDING ORDER ON
PRISONER ELECTRONIC FILING PROGRAM

The United States District Court for the District of Connecticut (the "Court") and the Connecticut Department of Correction (the "DOC") have agreed to conduct a Prisoner Electronic Filing Program (the "Program").   The Program is designed to reduce the costs of processing court filings made by prisoners in civil rights cases brought under 42 U.S.C. § 1983 and habeas corpus actions filed pursuant to 28 U.S.C. § 2254 and 28 U.S.C. § 2241.   The Program will significantly reduce expenditures for paper, envelopes, copier supplies and postage for the correctional facilities and the inmates.   In addition, it will significantly reduce the amount of staff time spent processing prisoner court filings, for both the DOC and the Court.

The Program applies to all pending civil rights cases and habeas petitions brought by prisoners who are currently incarcerated at a participating DOC facility.   Northern Correctional Institution became a participating facility on July 1, 2011.   The Clerk of Court will designate the date on which each additional DOC facility becomes a participating facility, and will maintain a publicly available list of DOC facilities participating in the Program.   All documents filed by prisoners incarcerated at a participating facility must be filed electronically using the Program procedures.   If a prisoner litigant is transferred from a participating facility to a non-participating facility, the defendant(s) shall notify the Clerk of Court and the presiding judge.

In any case governed by the Program, prisoners shall file documents with the Court using the following procedures.

1. Correctional staff will scan to PDF each document presented by a prisoner for filing with the Court. Once a document has been scanned, correctional staff will print one copy for the prisoner.

2. Correctional staff will date-stamp each prisoner filing after scanning, signifying that the document was scanned for filing with the Court at a specific date and time. Documents shall be deemed filed with the Court on the date scanned, as shown by the date stamp.

3. Correctional staff will email the PDF documents to the Court as they are created, and will send the original documents to the Court, with the scanned stamp affixed to each document, once a day via regular U.S. Mail. (Court staff will be available by telephone to answer any questions correctional staff may have as they email documents to the Court.) Original filings presented by all prisoners at a participating correctional facility may be mailed to the Court in a single envelope; correctional staff need not make a separate mailing for each prisoner or each document.

4. The Court will e-file prisoners' documents upon receipt of them via email. For prisoner filings other than habeas petitions and complaints, the Notice of Electronic Filing ("NEF") generated by the Court's electronic case filing system will constitute service upon and notice to other parties who are registered in the Court's electronic case filing system. The Clerk of Court will send a copy of prisoner e-filed documents by U.S. Mail to any non-registered parties on behalf of the prisoner; prisoners do not need to mail service copies to any other party.

5. If a prisoner has been granted leave to proceed *in forma pauperis*, the Clerk of Court will produce the copies of the complaint necessary to accomplish service and will arrange for service of the complaint, following entry of an Initial Review Order by the presiding judge.

6. Each correctional facility will establish an email address at which correctional staff can receive the NEF that issues when a document has been filed electronically with the Court. Correctional staff will print all NEFs they receive and provide them to the appropriate prisoners as proof that the documents have been filed with the Court.

7. Defendants will be allowed to e-file documents with the Court in prisoner cases governed by the Program, but must send a copy of any document they file to the prisoner plaintiff by U.S. Mail. The NEF generated when the defendants e-file a document will serve as notice to the prisoner plaintiff that the document was filed and will be received shortly by U.S. Mail.

It is so ordered.

Dated at Hartford, Connecticut, this 28th day of June 2013.

/s/ Alvin W. Thompson
Alvin W. Thompson
Chief United States District Judge